604

The record is before us without any bills of exception or statements of facts. The indictment appears to be in due form. Consequently, there is nothing presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## O'NEAL v. STATE.
### No. 23861.

Court of Criminal Appeals of Texas.

Dec. 17, 1947.

No appearance for appellant.

A. C. Winborn, Cr. Dist. Atty., and E. T. Branch, Asst. Cr. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is an assault with intent to rape. The punishment assessed is confinement in the state penitentiary for a term of 30 years.

## RIOJAS v. STATE.
### No. 23851.

Court of Criminal Appeals of Texas.

Dec. 17, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Under an indictment which properly charged him with murder upon malice aforethought, appellant was convicted and his punishment assessed at seven years in the penitentiary.

No statement of facts or bills of exception are found in the record.

Nothing is presented for review.

The judgment is affirmed.